UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MARTINEZ,<br>   Plaintiff, | )<br>)<br>) |
| vs. | )   Case No. 4:01 CV580<br>) |
| CITY OF ST. LOUIS, et al.,<br>   Defendants. | )<br>)<br>) |
| ERIC DEEKEN,<br>   Plaintiff, | )<br>)<br>) |
| vs. | )   Case No. 4:01 CV1770<br>) |
| CITY OF ST. LOUIS, et al.<br>   Defendants. | )<br>) |

### ORDER

Before the Court are the Supplemental Applications for Attorney's Fees submitted by Plaintiffs Martinez and Deeken, respectively. (Docs. 256 and 260.) The Court has reviewed these motions and Defendant's responses, and issues the following findings of fact and conclusions of law:

1) The hourly rate for the lead attorneys in this case, Mr. Clyde Craig and Mr. Charles Bobinette, shall be $225.

2) The hourly rate for Mr. Potashnick and Ms. DeGeorge shall be $100. The hourly rate for the unidentified Mr. Nickles shall also be $100 unless Plaintiff Martinez is able to demonstrate that a different result is appropriate to this Court's satisfaction.

3) The hourly rate for law student interns shall be $36.98.

4) The hourly rate for paralegal services shall be $70.

5) Travel reimbursement due to Mr. Craig's voluntary relocation to Florida after the start of this lawsuit is inappropriate and will be disallowed by the Court.

6) This Court will not award any costs to Martinez unless said party submits a verified bill of costs, as required.

Furthermore, this Court is not going to get involved in the numerous petty issues raised by parties in this case, such as: conversations with reporters, appeals work, time spent in connection with FIRE's motion, research on the 1998 applications, research on the doctrine of spoilation, detective consultant fees, postage, et cetera and ad infinitum. The Court **ORDERS** the parties in this case to get together and meet for so long as is necessary to reduce their differences as to any remaining issues concerning fees and expenses to an irreducible minimum.

The Court also notes that the inadequacy and inconsistencies in the record keeping of counsel for Plaintiff Martinez are troubling. The Court **ORDERS** said counsel and the City of St. Louis to make an especially concerted effort to resolve these issues and come to agreement on the appropriate number of billable hours.

The Court further **ORDERS** the respective parties to jointly draft proposed awards for attorney's fees, expenses and costs in light of such resolution of minutiae as was herein ordered, and taking into account the Court's findings as listed above.

The parties shall submit the joint proposed award of attorney's fees, expenses and costs for both Martinez and Deeken within twenty (20) days of the date of this order.

**So ORDERED.**

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Date: MAY 30, 2006