UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MARTINEZ, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF ST. LOUIS, et al., )<br>Defendants. )<br>_____ ) | Case No. 4:01 CV580 |
| ERIC DEEKEN, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF ST. LOUIS, et al. )<br>Defendants. ) | Case No. 4:01 CV1770 |

## ORDER

There will be a hearing in this matter at 10:00 a.m. at the Thomas F. Eagleton United States Courthouse, 111 South 10th Street in St. Louis, Missouri, on Thursday, September 28, 2006. This hearing will address all pending questions, including attorney's fees. Mr. Bobinette and the appropriate representative of the City of St. Louis shall be present at this hearing. Mr. Craig may be present but his presence is not required.

It is **SO ORDERED** this 6th day of September, 2006.

_____
JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE