# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL MARTINEZ,<br>Plaintiff, | )<br>)<br>) |
| vs. | ) Case No. 4:01 CV580<br>) |
| CITY OF ST. LOUIS, et al.,<br>Defendants. | )<br>)<br>) |
| ERIC DEEKEN,<br>Plaintiff, | )<br>)<br>)<br>) |
| vs. | ) Case No. 4:01 CV1770<br>) |
| CITY OF ST. LOUIS, et al.<br>Defendants. | )<br>)<br>) |

## ORDER

The Court recently received the Withdrawal of Appearance of Jerome Diekemper (Doc. 310), the Entry of Appearance of Sherrie A. Schroder (Doc. 311), and the Entry of Appearance of Greg A. Campbell (Doc. 312). These filings, which pertain to Counsel for Intervenors Lawrence B. Arens, IV and Mark D. Rauss, called the Court's attention to the status of the Intervenors in this matter. The Court checked the docket report and confirmed its recollection that the Intervenors have not been active participants in this case in any fashion since 2004. They obviously have no interest herein. Accordingly, **IT IS HEREBY ORDERED** that Intervenors Lawrence B. Arens, IV and Mark D. Rauss are **DISMISSED** as parties in this case.

Dated January 29, 2007

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE